IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

United States of America,

v.

                                             Case No. 1:09-cr-37-MLB

David Diaz,

         Defendant.

_____/

## ORDER

Defendant David Diaz requests early termination of his term of supervised release. (Dkt. 147.) The government and Defendant's supervising probation officer oppose early termination. (Dkt. 152.) For the reasons stated by the government in its response, Defendant's Motion for Early Termination of Supervised Release (Dkt. 147) is **DENIED**.

**SO ORDERED** this 18th day of December, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE